**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge S. Kato Crews**

Civil Action No. 1:20-cv-03271-SKC

TORRENCE BROWN-SMITH

    Plaintiff,

v.

THE BOARD OF TRUSTEES OF THE UNIVERSITY OF NORTHERN COLORADO,

    Defendant.

## ORDER OF RECUSAL

A judge must recuse from a matter where "his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). The provision is self-enforcing on the part of the judge. *In re McCarthey*, 368 F.3d 1266, 1269 (10th Cir. 2004). "In determining whether a judge should recuse under §455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality under all circumstances." *United States v. Gigax*, 605 F.2d 507, 511 (10th Cir. 1979); *Webbe v. McGhie Land Title Co.*, 549 F.2d 1358, 1361 (10th Cir. 1977).

The undersigned served on Defendant's Board of Trustees from December 2014 to about August 2018. While I do not believe my former service on the Board of Trustees creates a circumstance for recusal, coupling that with my current involvement with the University and certain of its initiatives involving its students, I have determined my impartiality might reasonably be questioned by others under these circumstances.

Accordingly, IT IS ORDERED I hereby recuse myself from any further service in this matter.

IT IS FURTHER ORDERED the Clerk of Court shall cause this case to be randomly reassigned to another judicial officer.

DATED: November 17, 2020.

BY THE COURT:

_____
S. Kato Crews
U.S. Magistrate Judge