IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03271-MEH

TORRENCE BROWN-SMITH,

    Plaintiff,

v.

THE BOARD OF TRUSTEES OF THE UNIVERSITY OF NORTHERN COLORADO,

    Defendant.

## ORDER TO SHOW CAUSE

**Michael E. Hegarty, United States Magistrate Judge.**

    This matter comes before the Court after ruling on Defendant's motion at ECF 30. In this Court's April 20, 2021 order (ECF 29), after accepting Plaintiff's Amended Complaint, the Court directed Plaintiff to file a separate notice of pleading with a red-lined version of the amended pleading attached—as required by the Local Rules—on or before April 22, 2021. Plaintiff has not done so.

    THEREFORE, pursuant to the Court's inherent authority to sanction, Plaintiff is ORDERED to show cause in writing no later than **May 21, 2021,** why this Court should not impose an appropriate sanction for failure to comply with a court order.

    Entered and dated at Denver, Colorado, this 7th day of May, 2021.

                                           BY THE COURT:

                                           *Michael E. Hegarty*

                                           Michael E. Hegarty
                                           United States Magistrate Judge