IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03271-MEH

TORRENCE BROWN-SMITH,

    Plaintiff,

v.

THE BOARD OF TRUSTEES OF THE UNIVERSITY OF NORTHERN COLORADO,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2021.**

    Before the Court is Plaintiff's Response to Order to Show Cause (ECF 34). There is no excuse for failing to comply with or otherwise ignoring a court order. However, the Court finds Plaintiff's Response perfectly appropriate. The acknowledgement of fault and sincere apology is commensurate with the expectations of an attorney who appears before this Court. Accordingly, this Court's Order to Show Cause (ECF 32) is **discharged** and no sanction shall be imposed.