**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03271-MEH

TORRENCE BROWN-SMITH,

    Plaintiff,

v.

ANDREW FEINSTEIN, in his official capacity as President of the University of Northern Colorado,

    Defendant.

---

**UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME
TO RESPOND TO SECOND AMENDED COMPLAINT**

---

    Defendant Andrew Feinstein, in his official capacity as President of the University of Colorado, by and through the Colorado Attorney General, respectfully requests a one-week extension of time to respond to Plaintiff's Second Amended Complaint. ECF 41. In accordance with D.C.COLO.CivR 7.1(a), undersigned conferred with counsel for Plaintiff regarding this motion, who does not oppose the relief requested.

    1.    On July 6, 2021, the Court dismissed Plaintiff's First Amended Complaint and granted Plaintiff leave to amend. ECF 39. On January 4, 2022, Plaintiff filed a Second Amended Complaint. ECF 41. Defendant's response to the Second Amended Complaint is currently due February 1, 2022.

    2.    The parties are actively pursuing a potential resolution of this matter. Granting the requested one-week extension of time will facilitate the

parties' discussions and conserve the Court's resources if a resolution is achieved.

3. Defendant previously requested one extension of time to respond to Plaintiff's First Amended Complaint, which was granted. ECF 30 and 31. The Court also granted a two-week extension of time for Defendants to respond to the Second Amended Complaint for good cause shown on January 19, 2022. ECF 42 and 43.

4. Pursuant to D.C.Colo.L.Civ.R. 6.1(c), undersigned counsel certifies that he has served his client with a copy of this Motion.

WHEREFORE, Defendant requests a one-week extension of time to respond to Plaintiff's Second Amended Complaint, to and including February 8, 2022.

DATED this 31st day of January, 2022.

PHILIP J. WEISER
Attorney General

*/s/ Eric T. Butler*
Skippere Spear*
Patrick Warwick-Diaz*
Eric T. Butler*
Assistant Attorneys General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6140; -6125; -6151
skip.spear@coag.gov
patrick.warwick-diaz@coag.gov
eric.butler@coag.gov
*counsel of record

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Unopposed Motion for One-Week Extension of Time to Respond to Second Amended Complaint upon all parties herein by email at Denver, Colorado, this 31st day of January, 2022 addressed as follows:

Timothy Galluzzi
Kevin Cheney
Cheney Galluzzi & Howard, LLC
1888 Sherman Street, Suite 200
Denver, Colorado 80203
tim@cghlawfirm.com
kevin@cghlawfirm.com

*Attorneys for Plaintiff*

                                              */s/ Carmen Van Pelt*

3