IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03271-MEH

TORRENCE BROWN-SMITH,

    Plaintiff,

v.

ANDREW FEINSTEIN, in his official capacity as President of the University of Northern Colorado,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 1, 2022.**

    For good cause shown, Defendant's "Unopposed Motion for One-Week Extension of Time to Respond to Second Amended Complaint" [filed January 31, 2022; ECF 44] is **granted**. Defendant shall file his answer or other response to the operative pleading on or before February 8, 2022.