**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03271-MEH

TORRENCE BROWN-SMITH,

    Plaintiff,

v.

ANDREW FEINSTEIN, in his official capacity as President of the University of Northern Colorado,

    Defendant.

---

**Unopposed Motion to Extend Plaintiff's Deadline to Respond to
Defendant's Motion to Dismiss**

---

Torrence Brown-Smith, Plaintiff, through his counsel, respectfully submits this Unopposed Motion to Extend Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss. Plaintiff requests that this Court extend the deadline by two weeks. As grounds, he states follows:

1. On February 8, 2022, Defendant filed a Motion to Dismiss Plaintiff's Second Amended Complaint. Plaintiff's Response is due March 1, 2022. Prior to the filing of that document, the Parties were in touch regarding potential resolution.

2. Plaintiff's counsel was in a week-long jury trial in Pueblo County during the week of February 14-18. Accordingly, he was not able to give full attention to the Motion to Dismiss until after that trial.

3. Defendant's Counsel has graciously agreed to a two-week extension, understanding the demands of trial and the time Plaintiff's Counsel needs to respond to the Motion.

4. Good cause exists for this continuance because a jury trial took up much of the time allotted to Plaintiff's counsel to file the Response.

5. Plaintiff respectfully requests that this Court extend his deadline to respond to Defendant's Motion by another two weeks, making March 15 the new Response deadline.

Dated: February 25, 2022

Respectfully submitted,

By: /s/ Tim Galluzzi
Tim Galluzzi
Kevin B. Cheney
CHENEY GALLUZZI & HOWARD, LLC
1888 Sherman Street, Suite 200
Denver, Colorado 80203
Email: tim@cghlawfirm.com
*Attorneys for Plaintiff Mr. Brown-Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Skippere Spear, No. 32061*
Amy Colony, No. 36124*
Senior Assistant Attorneys General

Patrick Warwick-Diaz, No. 49024*
Eric T. Butler, No. 47969*
Assistant Attorneys General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor

Denver, CO 80203
(720) 508-6140; -6615; -6124; -6151
skip.spear@coag.gov
amy.colony@coag.gov
patrick.warwick-diaz@coag.gov
eric.butler@coag.gov
*counsel of record
*Attorneys for Defendant*