IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03271-MEH

TORRENCE BROWN-SMITH,

    Plaintiff,

v.

ANDREW FEINSTEIN, in his official capacity as President of the University of Northern Colorado,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 28, 2022.**

    For good cause shown, Plaintiff's "Unopposed Motion to Extend Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss" [filed February 25, 2022; ECF 47] is **granted**. Plaintiff shall file his response to the pending motion to dismiss on or before March 15, 2022.